# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

SCHERING-PLOUGH CORPORATION,

        *Plaintiff*,

v.

UNITED STATES OF AMERICA,

        *Defendant*.

Civ. Action No. 05-2575 (KSH)

**JUDGMENT**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith, and good cause appearing,

**It is** on this 28th day of August, 2009, hereby

**ORDERED** that judgment be entered in favor of the defendant, the United States of America; and it is further

**ORDERED** that the complaint be dismissed with prejudice.

        /s/  Katharine S. Hayden

        Hon. Katharine S. Hayden
        United States District Judge