UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MERCK & CO., INC.,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Civ. Action No. 05-2575  (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

Plaintiff having made a motion for a new trial pursuant to Fed. R. Civ. P. 59(a) [D.E. 198], and the Court having considered the written submissions by the parties, and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 28th day of April, 2010, hereby

**ORDERED** that plaintiff's motion is **denied**.

        /s/Katharine S. Hayden

        Katharine S. Hayden, U.S.D.J.